# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

ALBERT V. MEDLIN, )
)
    Plaintiff, ) Civil Action No.: 2:15-cv-00078
v. )
)
WALTER BURNS AND SCOTT DONOVAN )
)
    Defendant. )

## ORDER

On March 7, 2016, the Parties filed a Consent Motion for a Protective Order and to Strike Paragraphs 67, 68, 69, & 77 of Jeff Heinrichs' affidavit and any argument in Document 30 related to Paragraphs 67, 68, 69, & 77. For good cause shown, it is hereby

ORDERED that Plaintiff shall not disclose what the United States claims to be privileged communications and documents obtained during discussions with or provided to him by Mr. Heinrichs; the Clerk shall seal Document 30 and Mr. Heinrichs' Affidavit filed therewith; Paragraphs 67, 68, 69, & 77 of Mr. Heinrichs' affidavit shall be stricken; Plaintiff shall file an (i) amended Jeff Heinrichs' affidavit removing Paragraphs 67, 68, 69, & 77, and (ii) amended Supplementary Briefing removing references to Paragraphs 67, 68, 69, & 77 and any argument related to Paragraphs 67, 68, 69, & 77, Paragraphs 67, 68, 69, & 77; and any argument related to Paragraphs 67, 68, 69, & 77 shall not be considered on any matter in this action.

SO ORDERED, this 14 day of March, 2016.

_____
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA